U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

OCT 3 0 2007

ROBERT H. SHEMWELL, CLERK
BY _____
       DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| KERR-MCGEE OIL & GAS CORP. | : | DOCKET NO. 2:06 CV 0439 |
| VS. | : | JUDGE MINALDI |
| C. STEPHEN ALLRED, ASSISTANT SECRETARY FOR LAND & MINERALS MGT., AND THE DEPT. OF THE INTERIOR | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

For the reasons stated in the attached Memorandum Ruling,

IT IS ORDERED that the Plaintiff's Motion for Summary Judgment, filed on behalf of Kerr-McGee, is hereby GRANTED;

IT IS FURTHER ORDERED that the Plaintiff's Motion for Summary Judgment, filed on behalf of Kerr-McGee, to dismiss the Interior's affirmative defenses as a matter of law, is hereby GRANTED.

Lake Charles, Louisiana, this ___ day of October____, 2007

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE